IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:15CR86 |
| Plaintiff, | ) | |
| v. | ) | Judge Christopher A. Boyko |
| JEREMY L. BETTS, | ) | |
| Defendant. | ) | ORDER |

This matter was before the Court on June 18, 2020, for a hearing on the Government's request for revocation of Defendant Jeremy Betts's supervised release. The Defendant was present via video conference and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge Jonathan D. Greenberg on May 8, 2020, at which time the Defendant admitted to the new law violation charge of Domestic Violence and Endangering Children. The Magistrate Judge issued a Report and Recommendation on the same date. The Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant in violation.

The Defendant is sentenced to twelve months custody of the Bureau of Prisons, to be served consecutively to the sentence imposed in United States District Court, Northern District of Ohio Case No. 4:11CR445. No further period of supervised release to follow.

The Defendant is remanded to custody.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED: June 18, 2020

Court Reporter: Sarah Nageotte, Time: 15 minutes